UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SACV 16-00475-CJC (DFMx) | Date | May 10, 2016 |
|---|---|---|---|
| Title | Brett Cenkus v. Your Marketing Source, Inc. et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

    The Court, having been advised by the Plaintiff that this action has been settled by a Notice of Settlement [12], hereby orders this action dismissed without prejudice.   The Court hereby orders all proceedings in the case vacated and taken off calendar.

    In light of the Notice of Settlement, the Court further orders the Order to Show Cause [11] issued on May 4, 2016 discharged.

    The Court retains jurisdiction for forty-five (45) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

                                                                                    -    :    -

Initials of Deputy Clerk   mku

cc: